IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DeWAYNE WALKER, SR., KAREN WALKER, his wife, D.W. Jr., minor child and T. W., minor child,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UNKNOWN ENTITIES,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   C.A. NO.  06-288<br>:<br>:<br>:   **Jury Trial Demanded**<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs, by and through their undersigned counsel move to seal the Complaint filed in this Action on May 2, 2006 because Plaintiffs inadvertently set forth the full names of two Plaintiffs who are minor children in the caption and body of the Complaint. The grounds of this Motion are as follows:

1. Pursuant to the Court's administrative procedures governing filing and service by electronic means, it has been recognized that certain personal information should not be included on public filings including the names of minor children.

2. Plaintiffs inadvertently listed the names of two Plaintiffs who are minor children in the caption and body of the Complaint.

3. Plaintiffs have filed an Amended Complaint pursuant to Rule 15, no Defendant having, as yet, filed an Answer to the Complaint and, in fact, no service on any Defendant

having yet been made.

    4.    The Amended Complaint will list the minor children as Plaintiffs in this action only by their initials (and also add a demand for a jury trial).

WHEREFORE, Plaintiffs request leave that the original Complaint filed in this matter be sealed and the case proceed with the First Amended Complaint as a public filing.

BIGGS AND BATTAGLIA

    /s/ Victor F. Battaglia
Victor F. Battaglia, Sr.(ID# 156)
921 Orange Street
Wilmington, DE 19801
(302) 655-9677
VictorSr@batlaw.com
Attorney for Plaintiffs

Date:  May 3, 2006

SO ORDERED this _____ day of May 2006.

_____
J.