## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DeWAYNE WALKER, SR, KAREN     :
WALKER, his wife, D.W., JR.., minor   :
child, and T.W., minor child,       :
                               :
        Plaintiffs,          :     C.A. No. 06-288 KAJ
                               :
      v.                     :
                               :
THE CITY OF WILMINGTON, a political  :
subdivision of the State of Delaware,   :
DETECTIVE MICHAEL R. LAWSON, JR.,:
individually and in his official capacity, and  :
UKNOWN ENTITIES.           :
                               :
        Defendants.        :

## DEFENDANTS THE CITY OF WILMINGTON AND DETECTIVE MICHAEL R. LAWSON, JR'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants City of Wilmington and

Detective Michael R. Lawson, Jr., submit these initial disclosures based on information reasonably

available at the time of submission.  Defendants reserve the right to supplement these disclosures

and the right to object to any disclosures based on appropriate grounds.

**1.    Names of individuals likely to have discoverable information:**

| | | |
|---|---|---|
| Cpl. Bruce Coffiey | Sgt. Scott Sowden | Lt. Christine Dunning |
| Cpl. John Ciritella | Sgt. Dennis O'Connor | Lt. William Browne |
| Det. Matt Hall | Sgt. Alton Rogers | |
| Cpl. Steve Brock | Sgt. Tom Spell | |
| Cpl. Scott Chaffin | Cpl. Matt Severance | |
| Cpl. Bill Gearhart | Cpl. Joe O'Neil | |
| Cpl. Ralph Hauck | Cpl. Tom Curley | |
| Cpl. Shawn Gordon | Cpl. Donnie Witte | |
| Cpl. Gene Solge | Cpl. George Pigford | |
| Cpl. Dave Simmons | Sgt. Ray Wyatt | |
| Cpl. Damian Vice | Sgt. Bob Donovan | |
| Cpl. Jeff Silvers | Cpl. Stephen Misetic | |

All above noted individuals can be located at the Wilmington Police Department, 300 N. Walnut Street, Wilmington, DE 19801

The named parties.

 "Confidential Informant" whose identity will be disclosed under the terms and limitations of the forthcoming Joint Protective Order.

**2.    Documents:**

Law Enforcement Investigative File on DeWayne Walker.

**3.    Identification of Experts:**

Defendants have not retained any experts to date, but reserve the right to retain experts and supplement this response accordingly.

**4.    Insurance Coverage:**

The City is self-insured.

**CITY OF WILMINGTON LAW DEPARTMENT**

/s/ Alex J. Mili, Jr., Esquire
Alex J. Mili, Jr., Esquire (DE Bar Id. No. 4125)
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants City of Wilmington and Detective
Michael R. Lawson, Jr.

Dated: July 24, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN | : | |
| WALKER, his wife, D.W., JR.., minor | : | |
| child, and T.W., minor child, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 06-288 KAJ |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF WILMINGTON, a political | : | |
| subdivision of the State of Delaware, | : | |
| DETECTIVE MICHAEL R. LAWSON, JR., | : | |
| individually and in his official capacity, and | : | |
| UKNOWN ENTITIES. | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 24th day of July, 2006, I filed Defendant City of Wilmington and Detective Michael R. Lawson's Disclosure Pursuant to Federal Rule of Civil Procedure 26 with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

Victor F. Battaglia, Sr.
Biggs & Battaglia
921 Orange Street
Wilmington, DE 19801

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
amili@ci.wilmington.de.us