IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR., KAREN WALKER, his wife, D.W. Jr., minor child and T. W., minor child, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. NO. 06-288 KAJ |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UNKNOWN ENTITIES, | : : : : : : | **Jury Trial Demanded** |
| Defendants. | | |

# NOTICE OF SERVICE

I, Victor F. Battaglia, Sr., Esquire, do hereby certify that on July 26, 2006 two true and correct copies of **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)** was forwarded via U.S. Mail to:

Alex J. Mili, Jr., Esquire
City of Wilmington Law Department
800 North King Street, 9th Floor
Wilmington, DE 19801

BIGGS AND BATTAGLIA

/s/ Victor F. Battaglia
Victor F. Battaglia, Sr. (ID#156)
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Attorney for Petitioners