IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-288 KAJ |
| v. | : : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR.,: individually and in his official capacity, and UKNOWN ENTITIES. | : : : : | |

### CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 1st day of August, 2006, I filed the Certificate of Service to Defendants' Interrogatories Directed to Plaintiff and Defendants' Request for Production Directed to Plaintiff with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

>Victor F. Battaglia, Sr.
>Biggs & Battaglia
>921 Orange Street
>Wilmington, DE 19801

>/s/ Alex J. Mili, Jr.
>Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
>Senior Assistant City Solicitor
>City of Wilmington Law Department
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801
>(302) 576-2175
>amili@ci.wilmington.de.us
>Attorney for Defendants City of Wilmington and
>Detective Michael R. Lawson, Jr.