# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR., minor child, and T.W., minor child, | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-288 KAJ |
| v. | : : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES, | : : : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

**TO:**   Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants City of Wilmington and
Detective Michael R. Lawson, Jr.

PLEASE TAKE NOTICE that on this 12th day of September, 2006, two copies of Plaintiffs' Response to Defendants' First Request for Production were sent by hand delivery to the counsel for Defendant.

BIGGS AND BATTAGLIA

*/s/Philip s. Bartoshesky (#2056)*
Philip B. Bartoshesky, Esquire.
921 North Orange Street
Post Office Box 1489
Wilmington, Delaware 19899

Date:  September 12, 2006

## CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, undersigned counsel of record, hereby certify that on September 12, 2006, I caused two copies of the attached Plaintiffs' Response to Defendants' First Request for Production to be served on the following by hand delivery:

Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants City of
Wilmington and Detective Michael R. Lawson, Jr.

/s/ Philip B. Bartoshesky, Esq. (#2056)
Philip B. Bartoshesky, Esq.
921 North Orange Street
Post Office Box 1489
Wilmington, Delaware 19899

Dated: September 12, 2006