IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR., minor child, and T.W., minor child, | : : : | |
| Plaintiffs, | : : | C.A. No. 06-288 KAJ |
| v. | : : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES, | : : : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

**TO:**   Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants City of Wilmington and
Detective Michael R. Lawson, Jr.

PLEASE TAKE NOTICE that on this 3rd day of October, 2006, two copies of Plaintiffs' First Interrogatories to the City of Wilmington, Defendant Detective Michael Lawson, and Plaintiffs' Request for Production of Documents were sent by hand delivery to the counsel for Defendant.

                                              BIGGS AND BATTAGLIA

                                              /s/ *Philip B. Bartoshesky, Esq. (#2056)*
                                              Philip B. Bartoshesky, Esquire.
                                              921 North Orange Street
                                              Post Office Box 1489
                                              Wilmington, Delaware 19899
Date: October 3, 2006                         Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, undersigned counsel of record, hereby certify that on October 3, 2006, I caused two copies of the attached Plaintiffs' First Interrogatories to the City of Wilmington, Interrogatories to Detective Michael Lawson, and Plaintiffs' Request for Production of Documents to be served on the following by hand delivery:

Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants City of
Wilmington and Detective Michael R. Lawson, Jr.

/s/ *Philip B. Bartoshesky, Esq. (#2056)*
Philip B. Bartoshesky, Esq.
  921 North Orange Street
Post Office Box 1489
Wilmington, Delaware 19899
Attorney for Plaintiffs

Dated: October 3, 2006