# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DeWAYNE WALKER, SR, KAREN          :
WALKER, his wife, D.W., JR.., minor  :
child, and T.W., minor child,        :
                                     :
    Plaintiffs,                   :        C.A. No. 06-288 KAJ
                                     :
    v.                            :
                                     :
THE CITY OF WILMINGTON, a political  :
subdivision of the State of Delaware,  :
DETECTIVE MICHAEL R. LAWSON, JR.,:
individually and in his official capacity, and  :
UKNOWN ENTITIES.                     :

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 3rd day of November, 2006, I caused to be mailed, two copies of Defendant City of Wilmington's Response to Plaintiff's First Interrogatories directed to Defendant City of Wilmington; Defendant Michael Lawson's Response to Plaintiff's First Interrogatories directed to Defendant Michael Lawson's and Defendants Response to Plaintiff Request for Production notice of said mailing was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

Victor F. Battaglia, Sr.
Biggs & Battaglia
921 Orange Street
Wilmington, DE 19801

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
amili@ci.wilmington.de.us