IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, : : : : | |
| Plaintiffs, : | C.A. No. 06-288 KAJ |
| : | |
| v. : | |
| : | |
| THE CITY OF WILMINGTON, a political : subdivision of the State of Delaware, : DETECTIVE MICHAEL R. LAWSON, JR.,: individually and in his official capacity, and : UKNOWN ENTITIES, : : | |
| Defendants. : | |

**NOTICE OF DEPOSITION**

TO: Alex J. Mili, Jr., Esquire
      Senior Assistant City Solicitor
      City of Wilmington Law Department
      Louis L. Redding City/County Building
      800 N. French Street, 9th Floor
      Wilmington, DE 19801
      Attorney for Defendants City of Wilmington and
      Detective Michael R. Lawson, Jr.

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of the following in the offices of the undersigned on December 5, 2006 as set forth:

       9:00 A.M.       Michael Lawson

BIGGS AND BATTAGLIA

/s/ *Philip Bartoshesky* (#2056)
Philip B. Bartoshesky, Esq.
921 North Orange Street
Post Office Box 1489
Wilmington, Delaware 19899
Attorneys for Plaintiffs

November 29, 2006

<u>CERTIFICATE OF SERVICE</u>

I, Philip B. Bartoshesky, do hereby certify that on November 29, 2006, I sent one true and correct copy of the foregoing **NOTICE OF DEPOSITION** via electronic filing to the following:

> Alex J. Mili, Jr., Esquire
> Senior Assistant City Solicitor
> City of Wilmington Law Department
> Louis L. Redding City/County Building
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801
> Attorney for Defendants City of Wilmington and
> Detective Michael R. Lawson, Jr.

**BIGGS & BATTAGLIA**
<u>/s Philip B. Bartoshesky</u>
Philip B. Bartoshesky (#2056)
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorney for Plaintiff

November 29, 2006