IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES,<br><br>　　Defendants. | :<br>:<br>:<br>:<br>: C.A. No. 06-288-*** (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JOINT STATUS REPORT

Pursuant to this Court's order of December 19, 2006 the parties jointly submit the status report as follows:

　　1. Present status of the case: This action was filed in May of 2006. The initial Complaint was amended to protect the identity of the two Plaintiffs who are minor children. Defendants' answers were timely filed in June of 2006 and a Scheduling Order was entered on July 21, 2006. Discovery in the case is ongoing.

　　2. Outstanding Motions: There are no outstanding Motions pending at the present time.

　　3. Status of Discovery: The parties have exchanged written Discovery and are in the process of taking Depositions. There are no Discovery disputes which the parties believe cannot be resolved at present without application to the Court.

　　4. Pertinent dates under the Scheduling Order: Discovery cut-off is set for March 1, 2007. Case Dispositive Motions are to be filed on or before April 1, 2007. Pre-Trial Conference

is set for September 4, 2007 beginning at 4:30 PM. The parties are to file the Joint Proposed Final Pre Trial Order on or before August 6, 2007. The parties' Motions in Limine are to be set forth in the proposed Pre Trial Order.

     5. Trial is scheduled to begin on October 1, 2007 with a 5 day Jury Trial scheduled, each side being allocated a total of 11 hours to present their case.

     6. Alternate Dispute Resolution: A Mediation conference has been scheduled for May 9, 2007. The parties have not as yet had any settlement discussions.

| | |
|---|---|
| /s/Alex J. Mili, Jr. | /s/ Victor F. Battaglia |
| Alex J. Mili, Jr. (#4125) | Victor F. Battaglia (#156) |
| City of Wilmington Law Department | 921 North Orange Street |
| City/County Building, 9th Floor | Post Office Box 1489 |
| 800 North French Street | Wilmington, Delaware 19899-1489 |
| Wilmington, Delaware 19801-3537 | 302-655-9677 |
| 302-576-2175 | Attorney for Plaintiffs |
| Attorney for Defendants | |