## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-288 KAJ |
| v. | : : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES, | : : : : : : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

TO:    Alex J. Mili, Jr., Esquire
        Senior Assistant City Solicitor
        City of Wilmington Law Department
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        Attorney for Defendants City of Wilmington and
        Detective Michael R. Lawson, Jr.

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of the following in the offices of the undersigned on January 30, 2007 as set forth:

10:00 A.M.          Jeff Silvers

BIGGS AND BATTAGLIA

*/s/ Philip Bartoshesky* (#2056)
Philip B. Bartoshesky, Esq.
921 North Orange Street
Post Office Box 1489
Wilmington, Delaware 19899
Attorneys for Plaintiffs

January 10, 2007

<u>CERTIFICATE OF SERVICE</u>

I, Philip B. Bartoshesky, do hereby certify that on January 10, 2007, I sent one true and

correct copy of the foregoing **NOTICE OF DEPOSITION** via electronic filing to the following:

>Alex J. Mili, Jr., Esquire
>Senior Assistant City Solicitor
>City of Wilmington Law Department
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801
>Attorney for Defendants City of Wilmington and
>Detective Michael R. Lawson, Jr.

>**BIGGS & BATTAGLIA**
><u>/s Philip B. Bartoshesky</u>
>Philip B. Bartoshesky (#2056)
>912 N. Orange Street
>P.O. Box 1489
>Wilmington, DE 19899
>(302) 655-9677
>Attorney for Plaintiff

January 10, 2007