IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-288 *** |
| v. | : : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES. | : : : : : | |

## NOTICE OF DEPOSITION

TO:  Victor F. Battaglia, Sr.
    Biggs & Battaglia
    921 Orange Street
    Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Plaintiff Dewayne Walker, Sr., on Thursday, January 25, 2007 at 1:00 p.m.  The deposition will take place in the City Solicitor's office located in the Louis L. Redding City/County Building, 800 N. French Street, 9th Floor, Wilmington, DE.

CITY OF WILMINGTON LAW DEPARTMENT

 /s/Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, : : : : : Plaintiffs, : C.A. No. 06-288 *** : v. : : THE CITY OF WILMINGTON, a political : subdivision of the State of Delaware, : DETECTIVE MICHAEL R. LAWSON, JR.,: individually and in his official capacity, and : UKNOWN ENTITIES. : | |

### CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 10th day of January, 2007, a Notice of Deposition of DeWayne Walker was served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

>Victor F. Battaglia, Sr.
>Biggs & Battaglia
>921 Orange Street
>Wilmington, DE 19801

>CITY OF WILMINGTON LAW DEPARTMENT

>/s/Alex J. Mili, Jr.
>Alex J. Mili, Jr., Esquire (I.D. #4125)
>Assistant City Solicitor
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801
>(302) 576-2175
>Attorney for Defendants

cc:  Wilcox & Fetzer