IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-288 *** |
| v. | : : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES. | : : : : : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 9th day of February, 2007, a Notice of Deposition of Karen Walker was served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

>  Victor F. Battaglia, Sr.
>  Biggs & Battaglia
>  921 Orange Street
>  Wilmington, DE 19801

>  CITY OF WILMINGTON LAW DEPARTMENT

>  /s/Alex J. Mili, Jr.
>  Alex J. Mili, Jr., Esquire (I.D. #4125)
>  Assistant City Solicitor
>  Louis L. Redding City/County Building
>  800 N. French Street, 9th Floor
>  Wilmington, DE 19801
>  (302) 576-2175
>  Attorney for Defendants

cc:   Wilcox & Fetzer