## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-288-*** |
| | : | |
| THE CITY OF WILMINGTON, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington, Delaware, this **21st** day of **February, 2007.**

IT IS FURTHER ORDERED that the pretrial submission date, pretrial conference date and the trial dates are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE