IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DeWAYNE WALKER, SR, KAREN  :
WALKER, his wife, D.W., JR.., minor :
child, and T.W., minor child, :
                                              :
       Plaintiffs,              :     C.A. No. 06-288 KAJ
                                              :
       v.                               :
                                              :
THE CITY OF WILMINGTON, a political :
subdivision of the State of Delaware, :
DETECTIVE MICHAEL R. LAWSON, JR.,:
individually and in his official capacity, and :
UKNOWN ENTITIES. :

### STIPULATED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by attorneys for the parties in above captioned case that the court's Scheduling Order shall be amended to reflect the following:

    Defendants' Opening Brief due:    April 1, 2007

    Plaintffs' Answering Brief due:    April 20, 2007

    Defendants' Reply Brief due:    April 30, 2007

_/s/ Philip B. Bartoshesky_                        _/s/ Alex J. Mili, Jr._
Philip B. Bartoshesky, Esquire (I.D. #2056)    Alex J. Mili, Jr., Esquire (I.D. #4125)
Biggs & Battaglia                                    Assistant City Solicitor
921 Orange Street                                   City of Wilmington Law Department
Wilmington, DE 19801                          Louis L. Redding City/County Building
Attorney for Plaintiffs                             800 N. French Street, 9th Floor
                                                        Wilmington, DE 19801
                                                        Attorney for Defendants