**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DeWAYNE WALKER, SR, KAREN              :
WALKER, his wife, D.W., JR., minor     :
child, and T.W., minor child,          :
                                       :
    Plaintiffs,                       :    C.A. No. 06-288 ***
                                       :
    v.                                :
                                       :
THE CITY OF WILMINGTON, a political    :
subdivision of the State of Delaware,  :
DETECTIVE MICHAEL R. LAWSON, JR.,:
individually and in his official capacity, and :
UKNOWN ENTITIES.                       :

**NOTICE OF DEPOSITION**

TO:    Victor F. Battaglia, Sr., Esquire
        Philip Bartoshesky, Esquire
        Biggs & Battaglia
        921 Orange Street
        Wilmington, DE 19801

        PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Plaintiff

Dewayne Walker, Jr., on Tuesday, April 10, 2007 at 11:00 a.m.  The deposition will take place in

the City Solicitor's office located in the Louis L. Redding City/County Building, 800 N. French

Street, 9th Floor, Wilmington, DE.

            CITY OF WILMINGTON LAW DEPARTMENT


            /s/Alex J. Mili, Jr.
            Alex J. Mili, Jr., Esquire (I.D. #4125)
            Assistant City Solicitor
            Louis L. Redding City/County Building
            800 N. French Street, 9th Floor
            Wilmington, DE 19801
            (302) 576-2175
            Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DeWAYNE WALKER, SR, KAREN : 
WALKER, his wife, D.W., JR.., minor : 
child, and T.W., minor child, : 
         : 
    Plaintiffs, :         C.A. No. 06-288 ***
         : 
    v. : 
         : 
THE CITY OF WILMINGTON, a political : 
subdivision of the State of Delaware, : 
DETECTIVE MICHAEL R. LAWSON, JR., : 
individually and in his official capacity, and : 
UKNOWN ENTITIES. : 

**CERTIFICATE OF SERVICE**

    I, Alex J. Mili, Jr., Esquire, hereby certify that on this 16th day of March, 2007, a Notice of

Deposition for DeWayne Walker, Jr. was served with the Clerk of Court using CM/ECF which will

send notification of such filing(s) to the following and that these documents are available for viewing

and downloading from CM/ECF:

                        Victor F. Battaglia, Sr., Esquire
                        Philip Bartoshesky, Esquire
                        Biggs & Battaglia
                        921 Orange Street
                        Wilmington, DE 19801

                        CITY OF WILMINGTON LAW DEPARTMENT

                        /s/Alex J. Mili, Jr.
                        Alex J. Mili, Jr., Esquire (I.D. #4125)
                        Assistant City Solicitor
                        Louis L. Redding City/County Building
                        800 N. French Street, 9th Floor
                        Wilmington, DE 19801
                        (302) 576-2175
                        Attorney for Defendants

cc:    Wilcox & Fetzer