IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DeWAYNE WALKER, SR, KAREN : 
WALKER, his wife, D.W., JR.., minor : 
child, and T.W., minor child, : 
                                             : 
       Plaintiffs,           :     C.A. No. 06-288 KAJ
                                             : 
    v.                                   : 
                                             : 
THE CITY OF WILMINGTON, a political : 
subdivision of the State of Delaware, : 
DETECTIVE MICHAEL R. LAWSON, JR.,: 
individually and in his official capacity, and : 
UKNOWN ENTITIES.               :

**SECOND AMENDED BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by attorneys for the parties in above captioned case that the court's Scheduling Order shall be amended to reflect the following:

    Defendants' Opening Brief due:      April 30, 2007

    Plaintiffs' Answering Brief due:      May 14, 2007

    Defendants' Reply Brief due:      May 22, 2007

_____  
Philip B. Bartoshesky, Esquire (I.D. #2056)  
Biggs & Battaglia  
921 Orange Street  
Wilmington, DE 19801  
Attorney for Plaintiffs

_____  
Alex J. Mili, Jr., Esquire (I.D. #4125)  
Assistant City Solicitor  
City of Wilmington Law Department  
Louis L. Redding City/County Building  
800 N. French Street, 9th Floor  
Wilmington, DE 19801  
Attorney for Defendants

Dated: _____

Dated: 3/27/07