IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR., minor child, and T.W., minor child, | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-288 *** |
| v. | : : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES. | : : : : : | |

### RE-NOTICE OF DEPOSITION

TO: Victor F. Battaglia, Sr., Esquire
Philip Bartoshesky, Esquire
Biggs & Battaglia
921 Orange Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Plaintiff Dewayne Walker, Jr., on Friday, April 27, 2007 at 4:00 p.m. The deposition will take place in the City Solicitor's office located in the Louis L. Redding City/County Building, 800 N. French Street, 9th Floor, Wilmington, DE.

CITY OF WILMINGTON LAW DEPARTMENT

/s/Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-288 *** |
| v. | : : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES. | : : : : : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 13th day of April, 2007, a Re-Notice of Deposition for DeWayne Walker, Jr. was served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

        Victor F. Battaglia, Sr., Esquire
        Philip Bartoshesky, Esquire
        Biggs & Battaglia
        921 Orange Street
        Wilmington, DE 19801

        CITY OF WILMINGTON LAW DEPARTMENT

        /s/Alex J. Mili, Jr.
        Alex J. Mili, Jr., Esquire (I.D. #4125)
        Assistant City Solicitor
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendants

cc:   Wilcox & Fetzer