IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 06-288-*** |
| THE CITY OF WILMINGTON, et al., | : | |
| Defendants. | : | |

## ORDER

At Wilmington, Delaware, this **26th** day of **April, 2007.**

IT IS FURTHER ORDERED that the mediation scheduled for May 9, 2007 at 9:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference with Judge Thynge has been scheduled for **Wednesday, May 9, 2007 at 9:00 a.m. Alex J. Mili, Jr., Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE