# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-288 KAJ |
| v. | : : : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES. | : : : : : : | |

## THIRD AMENDED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by attorneys for the parties in above captioned case that the court's Scheduling Order shall be amended to reflect the following:

| | |
|---|---|
| Defendants' Opening Brief due: | May 25, 2007 |
| Plaintiffs' Answering Brief due: | June 11, 2007 |
| Defendants' Reply Brief due: | June 18, 2007 |

_____
Philip B. Bartoshesky, Esquire (I.D. #2056)
Biggs & Battaglia
921 Orange Street
Wilmington, DE 19801
Attorney for Plaintiffs

Dated: 4/24/07

_____
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants

Dated: 4/26/07