IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DeWAYNE WALKER, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-288-*** |
| THE CITY OF WILMINGTON, et al., | : |
| Defendants. | : |

**ORDER**

At Wilmington, Delaware, this **9th** day of **May, 2007.**

IT IS ORDERED that the mediation has been rescheduled for **August 29, 2007 at 9:30 a.m.** Submissions of the parties shall now be due on or before **August 17, 2007.** All other provisions of the Court's October 3, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE