IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DeWAYNE WALKER, SR, KAREN
WALKER, his wife, D.W., JR.., minor
child, and T.W., minor child,

   Plaintiffs,

v.

THE CITY OF WILMINGTON, a political
subdivision of the State of Delaware,
DETECTIVE MICHAEL R. LAWSON, JR.,
individually and in his official capacity, and
UKNOWN ENTITIES.

C.A. No. 06-288 KAJ

## FOURTH AMENDED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by attorneys for the parties in above captioned case that the court's Scheduling Order shall be amended to reflect the following:

| | |
|---|---|
| Defendants' Opening Brief due: | June 23, 2007 |
| Plaintiffs' Answering Brief due: | July 9, 2007 |
| Defendants' Reply Brief due: | July 16, 2007 |

_____
Philip B. Bartoshesky, Esquire (I.D. #2056)
Biggs & Battaglia
921 Orange Street
Wilmington, DE 19801
Attorney for Plaintiffs

Dated: 5/24/07

_____
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants

Dated: 5/24/07