IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR., KAREN WALKER, his wife, D.W. Jr., minor child and T. W., minor child, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. NO. 06-288 *** |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UNKNOWN ENTITIES, | : : : : : : | Jury Trial Demanded |
| Defendants. | : | |

### FITH AMENDED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by attorneys for the parties in the above captioned case that the Court's Scheduling Order shall be amended to reflect the following:

| | |
|---|---|
| Defendants' Opening Brief due: | Filed |
| Plaintiffs' Answering Brief due: | July 12, 2007 |
| Defendants' Reply Brief due: | July 19, 2007 |

_____
Philip B. Bartoshesky, Esquire (I.D. #2056)
Biggs & Battaglia
921 North Orange Street
Post Office Box 1489
Wilmington, Delaware 19899
Attorney for Plaintiffs

Dated: July 2, 2007

_____
Alex J. Mili, Jr., Esquire (I.D.# 4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 North French Street, 9th Floor
Wilmington, Delaware 19801
Attorney for Defendants

Dated: 7/3/07