IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DeWAYNE WALKER, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-288-*** |
| THE CITY OF WILMINGTON, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **8th** day of **August, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, August 14, 2007 at 8:00 a.m.** with Judge Thynge. **Victoria F. Battaglia, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE