**BIGGS AND BATTAGLIA**

ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924
Writer's e-mail: VictorSr@batlaw.com

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.
STEVEN F. MONES

OF COUNSEL
JOHN BIGGS III
GERARD P. KAVANAUGH, SR.
S. BERNARD ABLEMAN
WILLIAM D. BAILEY, JR.

August 1, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, Delaware 19801

    Re:    DeWayne Walker, et. al. v. City of Wilmington
            C.A. No.: 06-288

Dear Judge Thynge:

    Briefing on Defendants' Motion for Summary Judgment was completed on July 23, 2007.

    I write to inquire whether or not the pending Motion for Summary Judgment will be considered by you or whether the case will be assigned to one of the sitting District Court Judges.

    The Plaintiffs have no opposition to the case being handled either way.

    Counsel would very much appreciate your direction.

Respectfully,

Victor F. Battaglia

VFB/ret
Cc:    Alex J. Mili, Jr., Esquire