IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES.<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 06-288 ***<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## SUBSTITUTION OF COUNSEL

TO:    Clerk of Court
        United States District Court for the District of Delaware
        844 N. King Street
        Wilmington, DE 19801

    Please substitute the appearance of Gary W. Lipkin, Esquire as attorney for the Defendants, City of Wilmington and Detective Michael R. Lawson, Jr. and withdraw the appearance of Alex J. Mili, Jr., Esquire as attorney for Defendant, City of Wilmington and Detective Michael R. Lawson, Jr.

| | |
|---|---|
| _/s/ Gary W. Lipkin_<br>Gary W. Lipkin, Esquire (I.D. # 4044)<br>Assistant City Solicitor<br>City of Wilmington Law Department<br>800 French Street, 9th Floor<br>Wilmington, DE 19801<br><br>Dated: 1/29/09 | _/s/ Alex J. Mili_<br>Alex J. Mili, Jr., Esquire (I.D. #4125)<br>Senior Assistant City Solicitor<br>City of Wilmington Law Department<br>800 French Street, 9th Floor<br>Wilmington, DE 19801<br><br>Dated: 1/29/08 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES.<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 06-288 ***<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 31st day of January, 2008, I electronically filed the Defendant's Substitution of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

>Victor F. Battaglia, Sr., Esquire
>Philip Bartoshesky, Esquire
>Biggs & Battaglia
>921 Orange Street
>Wilmington, DE 19801

>CITY OF WILMINGTON LAW DEPARTMENT

>*/s/ Alex J. Mili*
>Alex J. Mili, Jr., Esquire (I.D. #4125)
>Senior Assistant City Solicitor
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801