**BIGGS AND BATTAGLIA**

| | ATTORNEYS AT LAW | |
|---|---|---|
| VICTOR F. BATTAGLIA | 921 NORTH ORANGE STREET | OF COUNSEL |
| ROBERT D. GOLDBERG | P.O. BOX 1489 | JOHN BIGGS III |
| PHILIP B. BARTOSHESKY | WILMINGTON, DELAWARE 19899 | S. BERNARD ABLEMAN |
| VICTOR F. BATTAGLIA, JR. | (302) 655-9677 | WILLIAM D. BAILEY, JR. |
| STEVEN F. MONES | TELECOPIER (302) 655-7924 | |
| | Writer's e-mail: VictorSr@batlaw.com | |

March 20, 2008

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE  19801

RE:  Walker et al. vs. City of Wilmington et al
     C.A 06-CV-288

Dear Judge Robinson:

I enclose herewith a courtesy copy of Plaintiffs' Response to Defendants' Statement Relating to Summary Judgment which was e-filed today.

Respectfully,

Victor F. Battaglia

VFB/ arm
cc: Gary William Lipkin, Esquire