## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, : : : : : Plaintiffs, : : v. : : THE CITY OF WILMINGTON, a political : subdivision of the State of Delaware, : DETECTIVE MICHAEL R. LAWSON, JR., : individually and in his official capacity, and : UKNOWN ENTITIES. : : Defendants. : | C.A. No. 06-288 SLR |

### SUBSTITUTION OF COUNSEL

TO:    Clerk of Court
        United States District Court for the District of Delaware
        844 N. King Street
        Wilmington, DE 19801

Please substitute the appearance of Andrea J. F. Rhen, Esquire as attorney for the Defendants, City of Wilmington and Detective Michael R. Lawson, Jr. and withdraw the appearance of Gary W. Lipkin, Esquire as attorney for Defendant, City of Wilmington and Detective Michael R. Lawson, Jr.

_____
Gary W. Lipkin, Esquire (I.D. # 4044)
Assistant City Solicitor
City of Wilmington Law Department
800 French Street, 9th Floor
Wilmington, DE 19801

_____
Andrea J. F. Rhen, Esquire (I.D. #3831)
Senior Assistant City Solicitor
City of Wilmington Law Department
800 French Street, 9th Floor
Wilmington, DE 19801

Dated: 5/14/08

Dated: 5/14/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DeWAYNE WALKER, SR, KAREN WALKER, his wife, D.W., JR.., minor child, and T.W., minor child, | : | |
| Plaintiffs, | : | C.A. No. 06-288 SLR |
| v. | : | |
| THE CITY OF WILMINGTON, a political subdivision of the State of Delaware, DETECTIVE MICHAEL R. LAWSON, JR., individually and in his official capacity, and UKNOWN ENTITIES. | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Andrea J. F. Rhen, Esquire, hereby certify that on this 15th day of May, 2008, I electronically filed the Defendants' Substitution of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

Victor F. Battaglia, Sr., Esquire
Philip Bartoshesky, Esquire
Biggs & Battaglia
921 Orange Street
Wilmington, DE 19801

CITY OF WILMINGTON LAW DEPARTMENT

Andrea J. F. Rhen
Andrea J. F. Rhen, Esquire (I.D. #3831)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801